AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA
V.
Werner Gonzalez

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
## (Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 1:06M57A

I, Werner Gonzalez, charged in a ☒ complaint ☐ petition pending in this District with illegal re-entry in violation of Title 18, U.S.C., 1326(a) & (b)(2),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

Werner Gonzalez
*Defendant*

6-29-06
*Date*

[signature]
*Counsel for Defendant*